UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
MARLENE ROSARIO, et al., :
                     Plaintiffs, :
: 24 Civ. 8701 (LGS)
      -against- :
: ORDER
:
MY DEVICE, INC., :
                     Defendant. :
:
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on January 28, 2025.  As discussed at the conference, it is hereby

      **ORDERED** that Plaintiffs shall file a letter stating whether they intend to file an amended complaint by **February 4, 2025**.  It is further

      **ORDERED** that, should Plaintiffs intend to file an amended complaint, they shall do so by **February 11, 2025**.  It is further

      **ORDERED** that by **February 14, 2025**, the parties shall file a joint letter stating whether Defendant intends to file a motion to dismiss, proposing a briefing schedule for any motion and stating how the parties intend to proceed with preliminary certification of the alleged collective.

Dated: January 28, 2025
       New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**