**MCLAUGHLIN & STERN, LLP**
FOUNDED 1898

| JASON S. GIAIMO | 260 MADISON AVENUE | GARDEN CITY, NY |
| Partner | NEW YORK, NEW YORK 10016 | MILLBROOK, NY |
| jgiaimo@mclaughlinstern.com | (212) 448–1100 | WESTFIELD, NJ |
| (212) 448-1100 | FAX (212) 448–0066 | WESTPORT, CT |
| | www.mclaughlinstern.com | WEST PALM BEACH, FL |
| | | NAPLES, FL |

July 2, 2025

**VIA ECF**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

The deadlines in the table below are so ordered. No extension of any interim deadline will be given absent court order and extraordinary circumstances.

Dated: July 7, 2025
      New York, New York

/s/ Lorna G. Schofield
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re: *Rosario, et al. v. My Device, Inc.*
    Case No.: 24-cv-8701

Dear Judge Schofield:

We represent the Defendant in this action. We write jointly with Plaintiffs pursuant to the Court's Order dated June 26, 2025. Specifically, we write to memorialize the deadlines for all remaining discovery obligations as follows:

| Discovery | Deadline |
|---|---|
| Parties to produce all outstanding relevant and responsive documents | August 1, 2025 |
| Deposition of Plaintiff Marlene Rosario | August 12, 2025 |
| Deposition of Plaintiff Camry Young | August 6, 2025 |
| Deposition of My Device, Inc. | August 11, 2025 |
| Deposition of Geryolph Concepcion Thamar | August 13, 2025 |
| Deposition of Anastasia Chub | August 15, 2025 |
| Deposition of Koffi Victor Aka | August 19, 2025 |
| Deposition of Alexander Maluntsev | August 21, 2025 |
| All fact discovery | September 1, 2025 |

Per the Court's directive, the parties will submit a joint status letter on September 16, 2025. We thank the Court in advance for its time and consideration.

Respectfully submitted,

*/s/ Jason S. Giaimo*
Jason S. Giaimo

cc:   All Counsel of Record (via ECF)