# MCLAUGHLIN & STERN, LLP
**FOUNDED 1898**

**BRETT R. GALLAWAY**
Partner
bgallaway@mclaughlinstern.com
(212) 448-1100

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
FAX (212) 448–0066
www.mclaughlinstern.com

WESTFIELD, NEW JERSEY
GARDEN CITY, NEW YORK
MILLBROOK, NEW YORK
NAPLES, FLORIDA
WEST PALM BEACH, FLORIDA
WESTPORT, CONNECTICUT

July 31, 2025

**Via ECF**

The Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *Young v. My Device, Inc.*
Case No.: 1:24-cv-08701-LGS

Dear Judge Schofield:

This firm represents the Defendant in the above referenced matter. Because of a scheduling conflict, we write to respectfully request an adjournment of the hearing scheduled for August 12, 2025, concerning Plaintiff's Motion to Compel discovery. *See* Doc. Nos. 42; 44. Plaintiff's counsel consents to this request and we respectfully submit that the parties are available for a hearing on August 14, 19, or 25, 2025 or at a time thereafter convenient for the Court.

This is the first request for an adjournment and the extension will not impact any other deadlines relating to Plaintiff's motion.

We thank the Court for its time and consideration.

Respectfully submitted,

Brett R. Gallaway

cc: All parties via ECF

{Adjournment of Hearing Request 07.31.25.1}