# M<small>C</small>L<small>AUGHLIN</small> & S<small>TERN</small>, LLP
#### F<small>OUNDED</small> 1898

| | | |
|---|---|---|
| **B<small>RETT</small> R. G<small>ALLAWAY</small>**<br>Partner<br>bgallaway@mclaughlinstern.com<br>(212) 448-1100 | 260 M<small>ADISON</small> A<small>VENUE</small><br>N<small>EW</small> Y<small>ORK</small>, N<small>EW</small> Y<small>ORK</small> 10016<br>(212) 448–1100<br>F<small>AX</small>  (212) 448–0066<br>www.mclaughlinstern.com | W<small>ESTFIELD</small>, N<small>EW</small> J<small>ERSEY</small><br>G<small>ARDEN</small> C<small>ITY</small>, N<small>EW</small> Y<small>ORK</small><br>M<small>ILLBROOK</small>, N<small>EW</small> Y<small>ORK</small><br>N<small>APLES</small>, F<small>LORIDA</small><br>W<small>EST</small> P<small>ALM</small> B<small>EACH</small>, F<small>LORIDA</small><br>W<small>ESTPORT</small>, C<small>ONNECTICUT</small> |

July 31, 2025

**Via ECF**

The Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

         RE:    *Young v. My Device, Inc.*
                Case No.: 1:24-cv-08701-LGS

Dear Judge Schofield:

     This firm represents the Defendant in the above referenced matter. Because of a scheduling conflict, we write to respectfully request an adjournment of the hearing scheduled for August 12, 2025, concerning Plaintiff's Motion to Compel discovery.  *See* Doc. Nos. 42; 44. Plaintiff's counsel consents to this request and we respectfully submit that the parties are available for a hearing on August 14, 19, or 25, 2025 or at a time thereafter convenient for the Court.

     This is the first request for an adjournment and the extension will not impact any other deadlines relating to Plaintiff's motion.

     We thank the Court for its time and consideration.

                                             Respectfully submitted,

                                           Brett R. Gallaway

cc:  All parties via ECF

---

**Court Order (annotation):**

The conference is **ADJOURNED** to **3:30 pm August 19, 2025**.  In anticipation of the conference, the parties are ordered to meet and confer on the alleged RFA deficiencies and file a letter by **August 12, 2025**, updating the Court on whether any RFA disputes remain.  So Ordered.

The Clerk of Court is respectfully requested to close the motion at Dkt. No. 46.

Dated: July 31, 2025
New York, New York

*/s/ Lorna G. Schofield*
L<small>ORNA</small> G. S<small>CHOFIELD</small>
U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> J<small>UDGE</small>

---

{Adjournment of Hearing Request 07.31.25.1}