UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    ROSARIO, et al.,

                            Plaintiffs,

                            24 Civ. 8701 (LGS)

    -against-

                            ORDER

    MY DEVICE, INC.,

                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that this case is referred to the Magistrate Judge for general pre-trial, including resolution of the pending motion to compel, request to extend fact discovery related to potential spoilation and any forthcoming spoilation motions. A referral will issue separately. It is further

      **ORDERED** that the conference scheduled for August 19, 2025, is **ADJOURNED** pending rescheduling by the Magistrate Judge.

Dated: August 18, 2025
       New York, New York

                                                 LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE