UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSARIO, et al.,
                             Plaintiffs,

                                            24 Civ. 8701 (LGS)

-against-

                                            ORDER

MY DEVICE, INC.,
                             Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Magistrate Judge Willis scheduled a conference to address the pending motions in this case for October 6, 2025.

       WHEREAS, Dkt. No. 39 adjourned the parties' point status letter deadline to September 16, 2025, and the pre-motion conference to September 23, 2025.  It is hereby

       **ORDERED** that the parties' joint status letter deadline and the pre-motion conference are **ADJOURNED** sine die.  It is further

       **ORDERED** that the parties shall submit joint status letters every 30 days, beginning **September 22, 2025**, until the resolution of the pending motions, at which point the adjourned deadlines will return to the Court's calendar.

Dated: August 22, 2025
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE