**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ROSARIO, *et al.*,

                        Plaintiff,                      **ORDER**

          -against-                         **24-CV-8701 (LGS) (JW)**

MY DEVICE, INC,

                       Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's two letter motions at Dkt. Nos. 42 and 52. Plaintiff's motion at Dkt. No. 52 is **GRANTED** in part and **DENIED** in part. Plaintiff's unopposed request to extend fact discovery solely for spoliation-related discovery is **GRANTED**. More specifically, the Court (i) extends fact discovery solely for spoliation-related discovery through **October 15, 2025**; (ii) permits Plaintiffs to file a Rule 37(e) motion within 14 days after the Rule 30(b)(6) deposition, with opposition due 14 days thereafter and reply due 7 days later; and (iii) requires Defendant to identify custodians and provide a sworn declaration describing the steps taken to preserve, collect, and recover the videos by **October 15, 2025**.

The Court **DENIES** Plaintiff's request to order Defendant to produce the complete Gusto "version history" documents. In as much as Defendant has indicated they cannot access these audit trail records prior to 2025, they need not produce "version history" documents before that time.

For any remaining outstanding disputes raised in Dkt. No. 42, the parties are ordered to attend an in-person conference on **October 17, 2025, at 11:00 AM** to discuss these issues. The conference will take place in Courtroom 228, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

Lastly, given the later stages of discovery in this case, the initial case management conference scheduled for October 6, 2025 (see Dkt. No. 56) is adjourned *sine dine.*

**The Clerk of Court is respectfully requested to close Dkt. No. 52.**

SO ORDERED.

DATED:   New York, New York
         September 19, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge