UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROSARIO, *et al.*,

                     Plaintiff,                  **ORDER**

           -against-                  **24-CV-8701 (LGS) (JW)**

MY DEVICE, INC,

                     Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The Court scheduled an in-person discovery conference on October 17, 2025, at 11:00 AM. <u>See</u> Dkt. No. 58. Due to a scheduling conflict, the conference is now adjourned to **October 23, 2025, at 2:00 PM.** The conference will take place in Courtroom 228, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

       SO ORDERED.

DATED:    New York, New York
               October 6, 2025

                                                                   JENNIFER E. WILLIS
                                                                 United States Magistrate Judge