UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROSARIO, *et al.*,

                        Plaintiff,                        **ORDER**

              -against-                        **24-CV-8701 (LGS) (JW)**

MY DEVICE, INC,

                        Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The parties appeared before the Court for oral argument on October 23, 2025. For reasons more fully stated on the record, the Court **DENIES** Plaintiff's motion to compel Defendant to produce timekeeping and payroll records for all non-exempt, hourly employees employed at Defendants Manhattan retail stores from October 4, 2018 to the present. See Dkt. No. 42. Plaintiff is granted leave to renew this request if either collective or class certification is granted.

      The parties are directed to order a transcript of the October 23, 2025 conference and send a courtesy copy to the Court via email.

      **The Clerk of Court is respectfully requested to close Dkt. No. 42.**

      SO ORDERED.

DATED:    New York, New York
              October 23, 2025

                                                          *Jennifer E. Willis*
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge