**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ROSARIO, *et al.*,

Plaintiffs,

-against-

MY DEVICE, INC. D/B/A WHIZZ,

Defendant.

---------------------------------------------------------------X

**ORDER**

**24-CV-08701 (LGS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of briefing regarding Defendant's letter motion to compel non-party Geryolph Concepcion Thamar ("Thamar") to appear for a deposition. See Dkt. Nos. 76–77. Thamar is directed to provide the Court with his position by **August 14, 2026**. The letter shall be no more than 3 pages single-spaced.

Defendant is ordered to provide Thamar with a copy of this order by **August 11, 2026**, as well as copies of Dkt. Nos. 76 and 77.

SO ORDERED.

DATED: New York, New York
August 11, 2026

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge