**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ROSARIO, *et al.*,

Plaintiffs,

-against-

MY DEVICE, INC,

Defendant.

---------------------------------------------------------------X

**ORDER**

**24-CV-8701 (LGS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Discovery in the instant case is now closed. As such, the parties are directed to file a joint letter by **October 15, 2026** proposing next steps. The parties should include whether either side intends on moving for summary judgment and if not, whether the parties are ready for trial.

SO ORDERED.

DATED: New York, New York
October 8, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge