UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MARLENE ROSARIO et al., Plaintiffs, -against- MY DEVICE, INC., Defendant. | : | 24 Civ. 8701 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this case was referred to Magistrate Judge Willis for general pre-trial, including resolution of a motion to compel, request to extend fact discovery related to potential spoliation and a motion for sanctions.

WHEREAS, Plaintiffs now seek to file a motion for class certification under Rule 23, and Judge Willis set a schedule for the pre-motion letter and response. (Dkt. No. 86). It is hereby

**ORDERED** that the undersigned will adjudicate the pre-motion letter and any subsequent motion for class certification in the first instance. For clarity, the reference to Judge Willis is amended to exclude any motion for class certification, but the reference will continue to encompass all other elements of general pre-trial. An amended referral order will issue separately.

Dated: October 20, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**